```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

       AUG 25 2006
       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKIE H. DAVIS

        Plaintiff,

   v.

JO ANNE BARNHART,
Commissioner of Social Security,

        Defendant.

CASE NO. C05-1951 JLR

ORDER

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows. It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court AFFIRMS the decision of the Commissioner of Social Security.

DATED this 25th day of August, 2006.

JAMES L. ROBART
United States District Judge

05-CV-01951-ORD

ORDER